### 7127.   EWING BROTHERS *et al.* v. BOWSER & Co.

WADE, C. J.  The court did not err in overruling the motion for a new trial, based upon the general grounds only.  The case is controlled by the former ruling of this court therein (14 *Ga. App.* 305, 80 S. E. 693), which is the law of the case, binding not only upon the lower court but upon this court.  The case is clearly distinguishable on its facts from the case of *Oklahoma Vinegar Co.* v. *Carter,* 116 *Ga.* 140 (42 S. E. 378, 59 L. R. A. 122, 94 Am. St. R. 112).        *Judgment affirmed.*
                    DECIDED SEPTEMBER 15, 1916.

Complaint; from Wilcox superior court—Judge George.  October 22, 1915.

*M. B. Cannon,* for plaintiffs in error.   *Hal Lawson,* contra.

---

### 7134.   SOUTHERN MACHINE WORKS *v.* SCHOFIELD & SONS Co.

WADE, C. J.  The evidence demanded the verdict, and the court did not err in overruling the motion for a new trial, depending in effect upon the general grounds only.        *Judgment affirmed.*
                    DECIDED SEPTEMBER 15, 1916.

Appeal; from Dougherty superior court—Judge Cox.   November 8, 1915.

*Peacock & Gardner,* for plaintiff in error.

*Pope & Bennet,* contra.